HONORABLE JUDGE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN CORREA,

                  Plaintiff,

        v.

WHITE WHALE FISHERIES, LLC *in personam,* and the F/V ST. JOHN, O.N. 257500, her engine, machinery, tackle, gear, appurtenances, apparel, furniture and equipment, *in rem,*

                  Defendants.

AT LAW AND IN ADMIRALTY

No. 2:25-cv-01639 TL

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The COURT, having considered Plaintiff Kevin Correa's Motion for Extension of Time;

IT IS HEREBY ORDERED that Plaintiff shall file his Motion for Entry of Default Judgment to the court no later than June 25, 2026.

DATED this 24th day of April, 2026.

_____
HON. TANA LIN
UNITED STATES DISTRICT JUDGE

Prop Order on Motion for Extension of Time
*Correa v. White Whale Fisheries et al/*2:25-cv-01639

Page 1 of 2

Trueb Berne & Beard, LLP
330 L Street, Suite 101
Anchorage, AK 99501
907.277.0161

Presented by:

s/ Lanning M. Trueb
Lanning M. Trueb, WBA #31389


**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2026, a true and correct copy of the foregoing document was sent via US Mail and text upon the following:

Glenn Brookman
White Whale Fisheries LLC
708 NE 4th Street
Bend, OR 97701

PO Box 15102
Seattle, WA  98115

Text/Phone: 541.771.3900

State of Alaska
Department of Commerce, Community, and Economic Development
C/O White Whale Fisheries, LLC
PO Box 110800
Juneau, AK 99811

By: s / Rachel Fairbanks
    Rachel Fairbanks, Paralegal

Prop Order on Motion for Extension of Time
*Correa v. White Whale Fisheries et al*/2:25-cv-01639

Trueb Berne & Beard, LLP
330 L Street, Suite 101
Anchorage, AK 99501
907.277.0161